# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 1 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01116-ZLW

MICHAEL KIRK LEGGETT,

     Applicant,

v.

RON WILEY,

     Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The "Petition for Issuance of Writ of Assistance" filed in this action on August 9, 2006, will not be considered and is DENIED because this action is closed.

Dated:  August 21, 2006

Copies of this Minute Order were mailed on August 21, 2006, to the following:

Michael K. Leggett
Reg. No. 83644-011
ADX - Florence
P.O. Box 8500
Florence, CO 81226

                             Secretary/Deputy Clerk