IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01116-ZLW

MICHAEL KIRK LEGGETT,

    Applicant,

v.

RON WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 1 2006

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion for Reconcideration [sic] of Petition for Issance [sic] of Writ of Assistance" filed in this action on August 31, 2006, is DENIED. If Applicant wishes to initiate a new civil action, he must file his pleading on the proper form and he must either pay the appropriate filing fee or file a motion seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Dated: September 1, 2006

Copies of this Minute Order mailed on September 1, 2006, to the following:

Michael Kirk Leggett
Reg. No. 83644-011
ADX – Florence
PO Box 8500
Florence, CO 81226

                                Secretary/Deputy Clerk